## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

ARIS SANTIAGO,

       Petitioner,

  -vs-

J.S. WALTON,

       Respondent.                             No. 11-cv-915-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on December 2, 2013, the Petition for Writ of Habeas Corpus is **DISMISSED** with prejudice.

    **DATED:** December 3, 2013

                                 NANCY J. ROSENSTENGEL,
                                 CLERK OF COURT

                                 BY:  _s/Sara Jennings_____
                                      **Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2013.12.03
11:10:24 -06'00'

APPROVED:
       CHIEF JUDGE
       U. S. DISTRICT COURT